# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Al Raheeq Al Makhtoom Company ) | ASBCA No. 58767 |
| ) | |
| Under Contract No. W5K9ZM-10-C-0010 ) | |

APPEARANCE FOR THE APPELLANT: William C. Last, Jr., Esq.
Last & Faoro
San Mateo, CA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Daniel B. McConnell, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Middle East
Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 23 January 2015

Michael N. O'Connell
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58767, Appeal of Al Raheeq Al Makhtoom Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Al Raheeq Al Makhtoom Company ) ASBCA No. 58767
)
Under Contract No. W5K9ZM-10-C-0010 )

APPEARANCE FOR THE APPELLANT: William C. Last, Jr., Esq.
Last & Faoro
San Mateo, CA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Daniel B. McConnell, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Middle East
Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 23 January 2015

Michael N. O'Connell
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA No. 58767, Appeal of Al Raheeq Al
Makhtoom Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals